UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE UNITED STATES,<br><br>Defendant. | Case No. 21-cv-04592-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 1 |

After plaintiff filed an "ex parte motion for summary judgment" as his initial filing, the Clerk sent him notices him to (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP); and (ii) file a complaint on this Court's form. Plaintiff has not complied with the Clerk's Notices nor responded in any way. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $402.00 filing fee); <u>and</u> (ii) a complaint on this Court's form.

Plaintiff's ex parte motion for summary judgment is DENIED. (Dkt. No. 1.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 4, 2021



WILLIAM H. ORRICK
United States District Judge